**Order filed January 26, 2017**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-17-00018-CV**
_____

**IN THE INTEREST OF Q.M. AND Q.M., CHILDREN**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-47516**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. The judgment was signed December 19, 2016. The notice of appeal was due within 20 days, which was January 9, 2017. *See* Tex. R. App. P. 26.1(b), 28.4(a). Appellant T.N.O., however, filed her notice of appeal on January 23, 2017, a date within 15 days of the due date for the notice of appeal.

A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice

of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant T.N.O. to file a proper motion to extend time to file the notice of appeal on or before **February 6, 2016**. *See* Tex. R. App. P. 26.3, 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM